FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GVD HOSPITALITY MANAGEMENT SERVICES INC., a Washington State Corporation; and DAVENPORT DISTRICT HOSPITALITY, INC. a Washington State Corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>RUBY HOTELS LTD., a Malta, limited company; and RUBY GMBH, a German limited liability company,<br><br>                Defendants. | NO:  2:24-CV-0190-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal with Prejudice.  ECF No. 5.   Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 15, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2