Case 2:24-cv-00190-TOR    ECF No. 7    filed 10/15/24    PageID.40    Page 1 of 1

AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2024
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GVD HOSPITALITY MANAGEMENT SERVICES INC., a Washington State Corporation; and DAVENPORT DISTRICT HOSPITALITY, INC. a Washington State Corporation <br> *Plaintiff* <br> v. <br> RUBY HOTELS LTD., a Malta, limited company; and RUBY GMBH, a German limited liability company <br> *Defendant* | Civil Action No. 2:24-CV-0190-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 6, all claims and causes of action in this matter are DISMISSED with prejudice. Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 10/15/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony